

1  
2  THE ESTLE LAW FIRM  
   Mark D. Estle, Esq.  
   (CA Bar No. 135004)  
3  12520 High Bluff Drive, Ste 265  
   San Diego, CA 92129  
4  Phone (858) 720-0890  
   Fax (858) 720-0092  
5  

**Signed and Filed: March 26, 2010**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**
_____

6  Attorney for Movant LITTON LOAN SERVICING, LP, AS SERVICING AGENT
   FOR DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR GSR
7  MORTGAGE LOAN TRUST 2007-OA2, MORTGAGE PASS-THROUGH CERTIFICATES,
   SERIES 2007-OA2
8  

### UNITED STATES BANKRUPTCY COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>TERRY L. HOPKINS,<br><br>        Debtor (s). | Case No. 09-33486-DM<br>Chapter 7<br>RS No. MDE-667<br><br>ORDER ON MOTION FOR RELIEF<br>FROM THE AUTOMATIC STAY<br><br>Date: MARCH 25, 2010<br>Time: 9:30 AM<br>Courtroom: 22 |

    The Motion for Relief from the Automatic Stay of Movant LITTON LOAN SERVICING, LP, AS SERVICING AGENT FOR DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR GSR MORTGAGE LOAN TRUST 2007-OA2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-OA2, came on regularly for hearing before this Court on March 25, 2010, at 9:30 a.m. The appearing parties were duly noted on the record. After considering the papers and arguments of counsel, the court made the following order:

    IT IS ORDERED, ADJUDGED, AND DECREED that LITTON LOAN SERVICING, LP, AS SERVICING AGENT FOR DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR GSR MORTGAGE LOAN TRUST 2007-OA2,

MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007 ("Movant") is granted immediate relief from the automatic stay, pursuant to 11 U.S.C. §362, permitting Movant to exercise its lawful remedies under its security instruments and non-bankruptcy law, to foreclose upon the subject real property located at 4670 Heritage Oaks Lane, Fairfield, CA 94534(the "Property").

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that upon foreclosure, in the event Debtor fails to vacate the Property, Movant may proceed with all remedies available in state court, including but not limited to the right to possession thereof and unlawful detainer action; and

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that in the event this Chapter 7 proceeding is converted to another Chapter, the order be deemed binding and of full force and effect in any such converted proceeding as to the parties herein; and

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the 14-day waiting period prescribed by Federal Rules of Bankruptcy Procedure, Rule 4001(a)(3) is waived.

* * END OF ORDER * *

|   |                                                      |
|---|------------------------------------------------------|
| 1 | <u>COURT SERVICE LIST</u>                            |
| 2 |                                                      |

| | | |
|---|---|---|
| 3 | TERRY L. HOPKINS<br>4670 HERITAGE OAKS LANE<br>FAIRFIELD, CA 94534 | <u>Debtor</u> |
| 4 | | |
| 5 | GEORGE HOLLAND, JR.<br>LAW OFFICE OF GEORGE HOLLAND JR.<br>1970 BROADWAY ST., #1030<br>OAKLAND, CA 94612 | <u>Attorney for Debtor</u> |
| 6 | | |
| 7 | JANINA M. ELDER<br>PO BOX 158<br>MIDDLETOWN, CA 95461 | <u>Trustee</u> |
| 8 | | |
| 9 | OFFICE OF THE U.S. TRUSTEE/SF<br>235 PINE STREET<br>SAN FRANCISCO, CA 94104 | <u>U.S. Trustee</u> |

- 3 -

Case: 09-33486   Doc# 19   Filed: 03/31/10   Entered: 03/31/10 21:33:56   Page 3 of 4

# CERTIFICATE OF NOTICE

```
District/off: 0971-3          User: awong              Page 1 of 1              Date Rcvd: Mar 29, 2010
Case: 09-33486                Form ID: pdfeoc          Total Noticed: 1

The following entities were noticed by first class mail on Mar 31, 2010.
db           +Terry L. Hopkins,   4670 Heritage Oaks Lane,   Fairfield, CA 94534-1309

The following entities were noticed by electronic transmission.
NONE.                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 31, 2010**                     Signature:     /s/ Joseph Speetjens